ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Abdul Mohammed,

Plaintiff(s),

v.

State of Illinois et al,

Defendant(s).

Case No. 20 C 3482
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ other: Attorney Marco Rodriguez shall pay $5,100.00 to ICN Defendants (Islamic Center of Naperville, Beena Farid, Shoaib Khadri, Shahab Sayeedi, and Khalid Ghori). Attorney Marco Rodriguez shall pay $1,097.33 to Hamdard Center Defendants (Hamdard Center for Health and Human Services, and Kiran Siddiqui). Attorney Marco Rodriguez shall pay $5,856.00 to School District Defendants (Naperville Community Unit School District #203, Dan Bridges, Nancy Voise, Erin Anderson, Susan Vivian, Andrea Szczepanski, Rachel Weiss, Kristin Fitzgerald, Donna Wandke, Charles Cush, Kristine Gericke, Joseph Kozminski, Stacy Colgan, and Paul Leong). Plaintiff Abdul Mohammed and Attorney Marco Rodriguez shall pay, jointly and severally, $13,574.00 to Prairie State Defendants (Prairie State Legal Services, Legal Services Corporation, Inc., Marisa Wiesman, and Kerry O'Brien). On top of that amount, Plaintiff Abdul Mohammed shall pay $633.00 to Prairie State Defendants (Prairie State Legal Services, Legal Services Corporation, Inc., Marisa Wiesman, and Kerry O'Brien). Plaintiff Abdul Mohammed and Attorney Marco Rodriguez shall pay, jointly and severally, $7,035.00 to Defendant Farheen Fathima. On top of that amount, Plaintiff Abdul Mohammed shall pay $840.00 to Defendant Farheen Fathima.

---

This action was *(check one)*:
☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman.

Date: 4/21/2021                                  Thomas G. Bruton, Clerk of Court

                                                 /s/ Jackie Deanes , Deputy Clerk