# IN THE UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION



ABDUL MOHAMMED,

     Plaintiff,

  v.

THE STATE OF ILLINOIS et.al,

     Defendants.

Case No. 2020-cv-3482
Honorable Gary Feinerman

## MOTION TO TERMINATE PLAINTIFF'S ATTORNEY, MARCO RODRIGUEZ

1. Plaintiff would like to bring to this court's notice that the Plaintiff has terminated his attorney of record in the instant case with immediate effect.

  **WHEREFORE**, the Plaintiff is requesting this court to enter an order terminating Marco Rodriguez.

Dated-: April 13, 2022

                 /s/ Abdul Mohammed,
                 258 East Bailey Rd., Apt. C
                 Naperville, IL 60565
                 Ph.630-854-5345

## CERTIFICATE OF SERVICE

Abdul Mohammed, the Plaintiff, hereby certifies that on April 13, 2022, he caused a copy of foregoing Motion to be filed with the Clerk of the United States District Court, Northern District of Illinois, via Pro Se filings email, which sent notification via electronic mail of such filing to all ECF participants of record, and he also emailed the foregoing Motion to all the attorneys and parties of record.

Dated-: April 13, 2022                                                         /s/ Abdul Mohammed,
                                                                          258 East Bailey Rd., Apt. C
                                                                             Naperville, IL 60565
                                                                              Ph.630-854-5345